LA CORTE DE DISTRITO DE SAN JUAN, DEMANDADO.—*Mandamus.* Marzo 26, 1928.

POR CUANTO el peticionario no nos ha demostrado que haya presentado en la corte de distrito una moción debïdamente jurada solicitando específicamente el archivo y sobreseimiento de la acusación por no habérsele sometido a juicio en el término de 120 días a contar de la presentación de dicha acusación, no bastando para ello que se haya presentado una moción de reconsideración envolviendo cuestiones distintas;

POR CUANTO ni los hechos alegados en la petición ni la cita de autoridades que se hace nos convencen de que un acusado a quien se imputa haber coadyuvado en la comisión de un delito tiene derecho a que se sobresea la acusación presentada contra él, meramente porque el acusado principal haya sido absuelto por un jurado, ya que pueden desarrollarse otros hechos u otro jurado podría tomar un punto de vista distinto del asunto;

POR TANTO, no ha lugar a expedir el auto solicitado.

No. 3506.—PUEBLO, APLDO. *v.* MORALES, APLTE.—C. D. Mayagüez. Marzo 26, 1928. Desestimada la apelación a instancia del fiscal por no haberse presentado la exposición del caso.

No. 3506.—EL PUEBLO, APLDO., *v.* MORALES, APLTE.—C. D. Mayagüez. Portar Armas.

No. 3510.—EL PUEBLO, APLDO., *v.* QUINTANA, APLTE.—C. D. Mayagüez. Atentado a la vida.

No. 3509.—EL PUEBLO, APLDO., *v.* ROSARIO, APLTE.—C. D. Mayagüez. Acometimiento y agresión grave.

No. 3511.—EL PUEBLO, APLDO., *v.* ORTIZ, APLTE.—C. D. Mayagüez. Violación. Marzo 26, 1928. Desestimados estos casos a petición de El Pueblo, por falta de gestión de parte de los apelantes.

No. 4526.—BEHN BROTHERS, INC., APLDA., *v.* PORRATA ET AL. APLTES.—C. D. San Juan. Marzo 28, 1928. Apareciendo que la última prórroga para radicar la exposición del caso